March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Cholo Abdi Abdullah,
        Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20___-CR-__677__(___)(___)

Defendant __Cholo Abdi Abdullah__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- **X** Initial Appearance/Appointment of Counsel
- **X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- ___ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

Robert W. Lehrburger
Cholo Abdi Abdullah signed by JRShellow
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jill R. Shellow
Digitally signed by Jill R. Shellow
Date: 2020.12.15 16:03:24 -05'00'
_____
Defense Counsel's Signature

**Cholo Abdi Abdullah**
_____
Print Defendant's Name

**Jill R. Shellow**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**Dec 16, 2020**
_____
Date

Robert W. Lehrburger
Digitally signed by Robert W. Lehrburger
Date: 2020.12.16 12:24:27 -05'00'
_____
U.S. District Judge/U.S. Magistrate Judge