LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946
All correspondence to:  80 Broad Street, Suite 190

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/21/2020__

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

December 18, 2020

**BY ECF AND EMAIL**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007
Torres_NYSDChambers@nysd.uscourts.gov

    **RE:**  *United States v. Cholo Abdi Abdullah, 20-cr-677 (AT)*

Dear Judge Torres:

    On Tuesday, December 16, I was appointed by the Honorable Robert W. Lehrburger to represent Cholo Abdi Abdullah who is charged in a six count indictment with conspiracy to provide material support to Harakat al-Shabaab al-Mujahideen (commonly known as "al Shabaab") and related charges.  The Government previously identified al Shabaab as a Foreign Terrorist Organization (FTO).  Your Honor has scheduled the first pretrial conference for January 6, 2021.

    I spoke this morning to Alan Nelson about budgeting and my need for co-counsel.  Mr. Nelson concurred that this prosecution would need co-counsel and mega case budgeting, and he saw no reason why I should not write to Your Honor in advance of the January conference and in advance of drafting a Stage 1 budget.

    Accordingly, I respectfully request that Your Honor appoint Andrew G. Patel as co-counsel for Mr. Abdullah.  Mr. Patel is a member of the CJA Panel in this District and the Capital Panels in the Southern and Eastern Districts.  This afternoon, I spoke with the prosecutors.  They advised me that some portion of the discovery in this matter (an amount not capable of estimation at this point) will consist of classified information and that the Government expects to make an application to Your Honor as required by the Classified Information Protection Act (CIPA) with respect to this discovery.  I have a security

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC

The Honorable Analisa Torres
**United States District Judge**
December 18, 2020
Page 2

clearance that will enable me to review classified discovery; Mr. Patel also has the necessary security clearance.

Mr. Patel has years of experience representing individuals charged with terrorism offenses. He was counsel for El Sayyid A. Nosair in the prosecution for the first World Trade Center bombing.[1] Mr. Patel represented pre- and post-indictment José Padilla, the "Dirty Bomber," who was convicted in 2007 of providing material support to al-Qaeda.[2] Mr. Patel also represented a detainee at held at the U.S. Naval Station Guantanamo Bay, Cuba, and Mr. Patel represented Adel Abdel Bary in the prosecution colloquially referred to as the Embassy Bombing case.[3] I was Mr. Patel's co-counsel in this last representation. Mr. Patel is thus uniquely qualified to serve as co-counsel in this matter, and Mr. Nelson agreed that his assistance would be invaluable.

I am making this application now so that Mr. Patel can participate, *inter alia*, in discussions with the Government about provisions of an anticipated protective order and the January 6 conference. Finally, I respectfully request that Your Honor appoint Mr. Patel *nunc pro tunc* to today, December 18, 2020.

Respectfully submitted,

GRANTED. Andrew G. Patel's appointment as CJA co-counsel for Defendant Cholo Abdi Abdullah is GRANTED *nunc pro tunc* to December 18, 2020.

SO ORDERED.

Dated: December 21, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] *United States v. Omar Abdel Rahman*, 93-cr-181 (MBM).

[2] *United States v. Padilla*, Dkt. No. 04-60001-CR-COOKE (SD Fla.). *See, e.g., Padilla v. Rumsfeld*, 542 U.S. 426 (2004); *Padilla v. Hanft*, 126 S. Ct. 1649 (2006).

[3] *United States v. Hage*, 98-cr-1023 (LAK).