USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial conference shall be held in this action on **January 6, 2021**, at **12:00 p.m.** The hearing shall proceed by teleconference. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely, by videoconference or other means . . . ."). At the time of the proceeding, the parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    All participants should identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at **11:45 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to chambers at that time.

    SO ORDERED.

Dated: December 30, 2020
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge