UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2021
```

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial conference shall be held in this action on **January 6, 2021**, at **12:00 p.m.** Members of the public may access the audio feed of the conference by calling (917) 933-2166, and entering access code 722912919. Anyone accessing the conference is reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    SO ORDERED.

Dated: January 5, 2021
       New York, New York

ANALISA TORRES
United States District Judge