

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021

U.S. Department

United States
Southern Dis

The Silvio J. Mollo
One Saint Andrew's Plaza
New York, New York 10007

June 3, 2021

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Abdullah*, **20 Cr. 677 (AT)**

Dear Judge Torres:

    The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of June 4, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____/s/_____
    Sidhardha Kamaraju
    Assistant United States Attorney
    (212) 637-6523

cc: Defense Counsel (by ECF)

GRANTED. The Clerk of Court is directed to terminate the appearance of Sidhardha Kamaraju.

SO ORDERED.

Dated: June 3, 2021
       New York, New York

ANALISA TORRES
United States District Judge