# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 /
15 Chester Avenue / White Plains New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2022

**All Correspondence During COVID Pandemic:**
Post Office Box 612 / Hastings on Hudson, NY 10706

January 20, 2022

**BY ECF AND EMAIL**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    RE:   *United States v. Cholo Abdi Abdullah*, 20-cr-677 (AT)

Dear Judge Torres:

    The parties have conferred and agree that the status conference presently scheduled for January 24, 2022 should be postponed. We are discussing a motions schedule with the Government and will submit a proposal to Your Honor by February 14, 2022. In the meantime, we consent to the exclusion of time from the Speedy Trial Act until February 14, 2022.

    Thank you for your consideration.

                              Respectfully submitted,

                              Jill R. Shellow

GRANTED. The status conference scheduled for January 24, 2022, is ADJOURNED *sine die*. By **February 14, 2022**, the parties shall submit a proposed motions schedule. Time is excluded under the Speedy Trial Act until **February 14, 2022**, because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because this will allow time for the parties to prepare anticipated motions.

SO ORDERED. Dated:

January 21, 2022
    New York, New York

                              ANALISA TORRES
                           United States District Judge