

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/17/2022_

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 16, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Cholo Abdi Abdullah*, 20 Cr. 677 (AT)

Dear Judge Torres:

    The Government respectfully requests, with the consent of defense, that time be excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 16, 2022 until January 3, 2023. On February 14, 2022, the Court set a schedule for the parties' pretrial motions and excluded time until August 8, 2022, the deadline for the defendant's reply motion. (Dkt. 42). On July 6, 2022, the Court granted the defendant's request to adjourn the pretrial motion deadlines. The parties' pretrial motions are now scheduled to be completed by January 3, 2023. (Dkt. 49). Accordingly, the Government requests that time be excluded until January 3, 2023 to allow for the defendant to continue reviewing discovery and file any pretrial motions.

                                             Respectfully submitted,

                                             DAMIAN WILLIAMS
                                             United States Attorney for the
                                             Southern District of New York

GRANTED. Time is excluded under the Speedy Trial Act from **August 16, 2022**, until **January 3, 2023**, because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because this will allow time for Defendant to review discovery and file pretrial motions.

SO ORDERED.

Dated: August 17, 2022
         New York, New York

                                             ANALISA TORRES
                                             United States District Judge