```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/4/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                      Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the letters at ECF Nos. 54–55. Accordingly, the Court will hold a substitution of counsel hearing in this action on **January 10, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

       SO ORDERED.

Dated: January 4, 2023
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge