```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 10, 2023, at 7:22 a.m., the Court received an email from Louis Zeppetelli of the United States Marshals Service ("USMS") stating that the Metropolitan Detention Center ("MDC") "notified [USMS] that [Defendant, Cholo Abdi Abdullah,] is refusing to come to court." According to the email, Defendant "stated to the officer on the [H]ousing [U]nit [at MDC] that [Defendant] does not feel like coming to court." Defendant is obligated to come to Court today for the substitution of counsel hearing scheduled for 2:00 p.m. Accordingly, MDC and USMS are authorized to use reasonable force if Defendant refuses to comply.

    SO ORDERED.

Dated: January 10, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge