UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for March 1, 2023, is ADJOURNED to **March 14, 2023**, at **10:30 a.m.**

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

ANALISA TORRES
United States District Judge