**SABRINA P. SHROFF**

ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/1/2023____

March 1, 2023

**BY ECF**

Honorable Analisa Torres
United States District Judge for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

***United States v. Cholo Abdi Abdullah*, 20 Cr. 677 (AT)**

Dear Judge Torres:

I write in regard to the Court's February 27, 2023, Order (docket number 65), setting a status conference on March 14, 2023. I am unable to appear on March 14, 2023 as I will be in Arizona that week preparing for a suppression hearing in *United States v. Ahmed Mahad Mohamed*, 19-Cr-2162-JGZ-EJM, a two-defendant case.[1] The suppression hearing is scheduled for March 16, 2023, and I return to New York on March 17, 2023. I am available on any date after March 17, 2023, but note that Ramadan starts on March 22, 2023, and ends on April 21, 2023.

To that end, we request that the time between March 1, 2023 and the next court date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow Mr. Abdullah to review the discovery in this case and prepare for trial.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel to Mr. Cholo Abdi Abdullah

The status conference scheduled for March 14, 2023, is ADJOURNED to **March 21, 2023**, at **11:00 a.m.**

It is further ordered that time until March 21, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for Defendant to review discovery and prepare for trial.

Dated: March 1, 2023
   New York, New York

ANALISA TORRES
United States District Judge