UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

CHOLO ABDI ABDULLAH,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/2023

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for June 6, 2023, is ADJOURNED to **July 5, 2023**, at **11:00 a.m.**

    SO ORDERED.

Dated: May 31, 2023
       New York, New York

ANALISA TORRES
United States District Judge