```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/30/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                       Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for July 5, 2023, is ADJOURNED to **July 25, 2023**, at **10:00 a.m.**

    SO ORDERED.

Dated: June 30, 2023
       New York, New York

                                                         ANALISA TORRES
                                              United States District Judge