U.S. Department

United States
Southern

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2023

The Silvio J. M
One Saint Andrew's Plaza
New York, New York 10007

July 5, 2023

By ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Cholo Abdi Abdullah*, 20 Cr. 677 (AT)

Dear Judge Torres:

The Government respectfully requests, in light of the Court's adjournment of the status conference in this case until July 25, 2023, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 5, 2023 until July 25, 2023 in order to allow defense counsel an opportunity to continue reviewing discovery. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____/s/_____
David W. Denton, Jr.
Elinor L. Tarlow
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2744/1036/2493

GRANTED. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until July 25, 2023, because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because this will allow time for Defendant to review discovery.

SO ORDERED.

Dated: July 6, 2023
New York, New York

ANALISA TORRES
United States District Judge