USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/16/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference with Defendant and Defense counsel on **September 5, 2023**, at **11:20 a.m.** The Government shall not attend.

    The conference scheduled for September 5, 2023, is ADJOURNED to **October 3, 2023**, at **12:30 p.m.**

    SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge