UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2023

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled with Defendant and Defendant's counsel on September 5, 2023, at 11:20 a.m. is RESCHEDULED to **September 5, 2023**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government shall not attend.

    SO ORDERED.

Dated: August 18, 2023
       New York, New York

ANALISA TORRES
United States District Judge