

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/7/2023__

September 7, 2023

By ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Cholo Abdi Abdullah*, 20 Cr. 677 (AT)

Dear Judge Torres:

The Government respectfully requests, in light of the Court's adjournment of the status conference in this case until October 3, 2023, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until October 3, 2023 in order to allow the defense an opportunity to continue reviewing discovery and to consider any pretrial motions. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____/s/_____
David W. Denton, Jr.
Elinor L. Tarlow
Assistant United States Attorneys
(212) 637-2744/1036

GRANTED. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until October 3, 2023, because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because this will allow time for Defendant to review discovery and to consider any pretrial motions.

SO ORDERED.

Dated: September 7, 2023
New York, New York

ANALISA TORRES
United States District Judge