UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _9/15/2023_

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference with Defendant and Defense counsel scheduled for September 19, 2023, is ADJOURNED to **September 26, 2023**, at **3:00 p.m.** The Government shall not attend.

      The status conference scheduled for October 3, 2023, is ADJOURNED to **October 5, 2023**, at **2:00 p.m.**

      SO ORDERED.

Dated: September 15, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge