UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2023_

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference with Defendant and Defense counsel scheduled for September 26, 2023, is ADJOURNED to **October 5, 2023**, at **1:30 p.m.** The Government shall not attend.

The status conference with the Government scheduled for **October 5, 2023**, at **2:00 p.m.** will proceed as scheduled.

SO ORDERED.

Dated: September 22, 2023
New York, New York

ANALISA TORRES
United States District Judge