USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                     Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conferences scheduled for October 5, 2023, are ADJOURNED *sine die*. The Court shall issue an order to reschedule the status conferences in due course.

      SO ORDERED.

Dated: October 3, 2023
       New York, New York

ANALISA TORRES
United States District Judge