UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                   Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/18/2023

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that Defendant Cholo Abdi Abdullah may seek to proceed *pro se*. On **November 14, 2023**, at **3:30 p.m.,** the Court shall hold a status conference and, if Defendant persists in his request to proceed *pro se*, a *Faretta* hearing. By **November 3, 2023**, the parties may submit any related motions and proposed questions for the *Faretta* hearing.

    Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 3, 2023, until November 14, 2023, because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because this will allow time for the parties to ensure that Defendant's possible waiver of counsel is knowing and intelligent.

    SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge