```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                           Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The trial currently scheduled for June 3, 2024, is ADJOURNED to **October 28, 2024**. The parties shall confer and, by **January 5, 2024**, advise the Court if they seek to amend their proposed briefing schedule for motions.

    The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

    SO ORDERED.

Dated: December 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge