USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/11/2024__

### ADAMS & COMMISSIONG LLP

**ATTORNEYS AT LAW**

90 BROAD STREET, 2ND FLOOR
NEW YORK, NY 10004
TEL: 212-430-6590
FAX: 212-981-3305

March 8, 2024

**VIA ECF AND ELECTRONIC MAIL**

Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Cholo Abdi Abdullah</u>, 20 Cr. 677 (AT) – Appointment of associate counsel

Dear Judge Torres:

I have been appointed, pursuant to the Criminal Justice Act (CJA), to represent Mr. Cholo Abdi Abdullah in <u>United States v. Cholo Abdi Abdullah</u>, 20 Cr. 677 (JHR). Given the complexity of this matter, and the voluminous nature of the discovery, I write to request the appointment of Emilee Sahli Esq., as associate counsel in this case.

Mr. Abdullah has been charged with the following: (1) count one – Conspiracy to Provide Material Support to a Foreign Terrorist Organization (18 U.S.C. §2339B, 3238), (2) count two – Provision of Material Support to a Foreign Terrorist Organization (18 U.S.C. §2339B, 3228 and 2), (3) count three – Conspiracy to Murder U.S. Nationals (18 U.S.C. §§2332(b) and 3238), (4) count four – Conspiracy to Commit Aircraft Piracy (49 U.S.C. §46502 and 18 U.S.C. §3238), (5) count five – Conspiracy to Destroy Aircraft (18 U.S.C. §§32(a)(8) and 3238) and (6) count six – Conspiracy to Commit Acts of Terrorism Transcending National Boundaries (18 U.S.C. §§ 2332b(a)(2) and 3238).

Ms. Sahli will assist in reviewing and organizing the discovery, identifying relevant materials, and consulting with Ms. Delince and me on all matters concerning the case. Ms. Sahli has been appointed as associate counsel and a mentee, to matters in both the SDNY and EDNY. A list of Ms. Sahli's appointments, and her resume, are enclosed. She has experience working with Emma Greenwood providing litigation support and discovery management. Further, Ms. Sahli has security clearance, which is integral to the review and organization of discovery in this matter. Ms. Sahli's services are necessary within the meaning of 18 USC §3006A.

Accordingly, I request that Emilee Sahli, Esq. be appointed as associate counsel at the rate of $110/hr. for 100 hours. I have consulted with Alan Nelson, Esq., the Second Circuit case budgeting attorney, and he has approved the request.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Encl: (1) Emilee Sahli, Esq. resume
 (2) Emilee Sahli, Esq. case appointment list

GRANTED.

SO ORDERED.

Dated: March 11, 2024
 New York, New York

ANALISA TORRES
United States District Judge