```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

CHOLO ABDI ABDULLAH,

                Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter is scheduled to begin on **October 28, 2024**, at **9:00 a.m**., in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. The parties shall file any motions *in limine* by **September 23, 2024**. The parties shall file their oppositions to any motions *in limine* by **September 30, 2024**.

2. The parties, with the aid of standby counsel, shall submit joint proposed *voir dire* questions, requests to charge, and verdict forms by **September 30, 2024**. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. At the time of filing, the parties shall e-mail courtesy copies and Word-document versions of the proposed *voir dire* questions, requests to charge, and verdict forms to Torres_NYSDChambers@nysd.uscourts.gov.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose-leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

4. The final pretrial conference shall occur on **October 21, 2024**, at **11:00 a.m.**, in Courtroom 15D.

5. Trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a one-hour lunch at an opportune moment..

SO ORDERED.

Dated: August 5, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge