```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-

CHOLO ABDI ABDULLAH,

                        Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       At the November 21, 2023 status conference in this matter, Defendant, Cholo Abdi Abdullah, raised several concerns with the volume of the white noise in his cell at the Metropolitan Detention Center ("MDC"). Conference Tr. at 60:21–61:10, ECF No. 106. The Court directed the Government to address these issues with the Bureau of Prisons ("BOP") and file a letter with the Court. *Id.* at 62:2–12.

       Following its discussions with BOP, the Government, by letter dated December 11, 2023, stated that the white noise was necessary because Abdullah was "one of two inmates in his housing unit" subject to Special Administrative Measures ("SAMs")—the other being Joshua Adam Schulte. ECF No. 99. The Government stated that "white noise has been regularly used for all SAMs inmates at the MDC in part due to the physical layout of the unit," and that the noise was necessary because "Schulte and [Abdullah] have historically tried to communicate with one another in violation of the SAMs." The Government noted, however, that "to the extent that Schulte's sentencing result[ed] in the [D]efendant being the only remaining inmate in the SAMs unit at the MDC, the Government [would] promptly address with BOP whether continued use of white noise in the housing unit [was] necessary." *Id.* at 1–2.

       Mr. Schulte was sentenced by the Honorable Jesse M. Furman on February 1, 2024, and the BOP Inmate Locator indicates that he is currently detained at USP Florence. *See* Judgment, *United States v. Schulte*, No. 17 Cr. 548 (S.D.N.Y. Feb. 5, 2024), ECF No. 1124. The Court has not received an update concerning the status of Abdullah's housing unit.

       Accordingly, by **August 21, 2024**, the Government shall file a letter informing the Court as to the occupancy of Abdullah's housing unit and indicating whether white noise remains necessary to ensure compliance with the SAMs. The Government is directed to deliver a copy of this order to Abdullah.

       SO ORDERED.

Dated: August 14, 2024
       New York, New York

                                                           ANALISA TORRES
                                                      United States District Judge