USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/2024

KARLOFF COMMISSIONG, ESQ.

ATTORNEY AT LAW
90 BROAD STREET
2ND FLOOR
NEW YORK, NY 10004
TEL: 212-430-6590

September 6, 2024

**VIA E.C.F. AND ELECTRONIC MAIL**
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Cholo Abdi Abdullah</u>, 20 Cr. 677 (AT) –Appointment of expert

Dear Judge Torres:

With no objection from Second Circuit Case Budgeting Attorney Alan Nelson, I write to request the appointment of Mr. Dave Damo as an expert in this matter to process discovery on certain devices produced by the government.  A substantial volume of discovery produced in this case includes forensic image copies of several devices seized from Mr. Abdullah, including 2 computers, an iPad, 2 cell phones and several SIM cards.  The government has already confirmed their intent to introduce several files recovered from these devices at trial.

We sent copies of the devices to vendor Dave Damo from Data Mill for a proposal.  Dave Damo is an experienced vendor that has provided similar services on behalf of CJA counsel in SDNY and EDNY.  He has provided a quote for inspection, processing and reporting of the contents of these devices.  His proposal for these services is a flat $2500 fee.  This fee is reasonable for the services provided.

Mr. Damo's services will allow access to the contents of the devices and any corresponding metadata.  His services will also include report generation, which will allow for a more efficient review of the contents of the devices.  Additionally, these services will enable verification of the authenticity of files the government may introduce at trial.

GRANTED.

SO ORDERED.

Dated: September 10, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge