```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

CHOLO ABDI ABDULLAH,

        Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated October 24, 2024, standby counsel requests that the Court take into consideration Defendant's prayer schedule in setting the trial schedule. ECF No. 137. The Court received no opposition from the Government. To accommodate the Defendant's request while balancing the need for an efficient proceeding, the Court modifies the trial schedule as follows:

    From **October 28, 2024** through **November 4, 2024**:

- The parties must appear in the courtroom by **8:45 a.m.**
- Trial proceedings will take place from **9:00 a.m.** to **12:30 p.m.**
- The Court will recess for lunch from **12:30 p.m.** to **1:30 p.m.**
- Proceedings will continue from **1:30** to **3:30 p.m.**
- The Court will take a ten-minute recess from **3:30** to **3:40 p.m.**
- Proceedings will continue from **3:40** to **4:40 p.m.**

    Beginning on **November 6, 2024**:

- The parties must appear in the courtroom by **8:45 a.m.**
- Trial proceedings will take place from **9:00 a.m.** to **12:00 p.m.**
- The Court will recess for lunch from **12:00 to 1:00 p.m.**
- Proceedings will continue from **1:00** to **3:00 p.m.**
- The Court will take a ten-minute recess from **3:00** to **3:10 p.m.**
- Proceedings will continue from **3:10 p.m.** to **4:10 p.m.**

    The parties are reminded that jury selection will take place in Courtroom 23A of the United States Courthouse, 500 Pearl Street, New York, New York 10007. After jury selection concludes, the remainder of trial will take place in Courtroom 15D.

    The Court will not be in session on **November 5 and 11, 2024**.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 137 and to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated: October 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge