USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/31/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

CHOLO ABDI ABDULLAH,

Defendant.

**ORDER**

20 Cr. 677 (AT)

(Judicial Notice of Designated Foreign Terrorist Organization)

ANALISA TORRES, United States District Judge:

WHEREAS the United States of America, by Damian Williams, United States Attorney for the Southern District of New York, Jonathan L. Bodansky and Nicholas S. Bradley, Assistant United States Attorneys, of counsel, have requested that the Court take judicial notice at trial of the designation of al-Shabaab as a foreign terrorist organization;

THEREFORE, the Government's motion is GRANTED, and the Court hereby takes judicial notice that al-Shabaab—including its aliases al-Shabab, Shabaab, the Youth, Mujahidin al-Shabaab Movement, Mujahideen Youth Movement, Mujahidin Youth Movement, MYM, Harakat Shabab al-Mujahidin, Hizbul Shabaab, Hisb'ul Shabaab, al-Shabaab al-Islamiya, Youth Wing, al Shabaab al-Islaam, al-Shabaab al-Jihaad, and the Unity of Islamic Youth—is a designated foreign terrorist organization, and has been designated a foreign terrorist organization by the United States Secretary of State since February 26, 2008.

SO ORDERED:

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE

October 31, 2024
Date
New York, New York