KARLOFF COMMISSIONG, ESQ.

ATTORNEY AT LAW
405 LEXINGTON AVENUE
9TH FLOOR
NEW YORK, NY 10174

November 1, 2024

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Cholo Abdi Abdullah, 20 Cr. 677 (AT) – Jury Charge

Dear Judge Torres:

We write to inform the Court that counsel needs to further confer with Mr. Abdullah regarding the Court's jury charge. Counsel met with Mr. Abdullah shortly after the trial day ended on October 31, 2024. We intend to meet with him early in the morning, prior to the 9:30am start on November 1, 2024. Any proposed changes will only be submitted with Mr. Abdullah's instruction.

Respectfully Submitted,

/s/

Karloff Commissiong, Esq.
Emilee Sahli, Esq.

cc:   A.U.S.A. Nicholas Bradley
      A.U.S.A. Jonathan Bodansky