```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

    -against-

CHOLO ABDI ABDULLAH,

            Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's sentencing submission was due on February 24, 2025.  11/4/2024 Min. Entry.  On February 24, the Court granted Standby Counsel's motion to extend the deadline to February 28.  ECF No. 162.  The Court has received no submission from Standby Counsel, and Defendant's sentencing submission is now overdue.

    Accordingly, by **March 10, 2025**, Standby Counsel shall file a sentencing submission.  Such submission shall include Standby Counsel's analysis of (1) the appropriate Guidelines range to be used and (2) the sentences that have been imposed in comparable cases.  The sentencing scheduled for March 10 is ADJOURNED to **March 24, 2025**, at **1:00 p.m.**

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 28, 60, 71, 73, 93, 114–15, and 161.

    SO ORDERED.

Dated: March 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge