USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_\_11/19/2025\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHOLO ABDI ABDULLAH,

                Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing currently scheduled for December 8, 2025, is ADJOURNED to **December 15, 2025**, at **10:00 a.m.** By **December 2, 2025**, the Defense shall file its sentencing submission. By **December 8, 2025**, the Government shall file its submission.

    SO ORDERED.

Dated: November 19, 2025
       New York, New York

ANALISA TORRES
United States District Judge