UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

CHOLO ABDI ABDULLAH,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/3/2025____

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing currently scheduled for December 15, 2025, is ADJOURNED to **December 22, 2025**, at **12:00 p.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: December 3, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge