**U.S. Depar**

*United State*
*Southern Di*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/8/2025___

*The Jacob K. Javi........................g*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 5, 2025

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Cholo Abdi Abdullah*, 20 Cr. 677 (AT)

Dear Judge Torres:

The Government respectfully writes to request (i) a two-week adjournment of sentencing in the above-referenced matter, currently scheduled for December 22, 2025; and (ii) a one-week adjournment of the Government's December 8, 2025 deadline to respond to the defendant's sentencing submission. The Government understands from Chambers that the Court is available on January 5, 2025 for a rescheduled sentencing.

As the Court is aware, the Government filed its original sentencing submission on March 3, 2025. (Dkt. 163). The defendant's current counsel was appointed on April 7, 2025 and filed his sentencing submission on December 2, 2025, after the Government consented to an extension of his deadline, which was initially set in June 2025. (Dkts. 172, 175, 176). The defendant's submission is substantial, consisting of a 23-page memorandum and an accompanying 15-page psychological evaluation, and the Government respectfully requests one additional week—until December 15, 2025—to ensure that it has adequate time to respond in full to the points raised by the defense. The requested adjournment of the sentencing date will also provide the Court with two weeks to review the parties' submissions.

The defense objects to the Government's requested adjournment of sentencing, but defense counsel has informed the Government that he is available on January 5, 2025, if the Court is inclined to grant the Government's requested adjournment of sentencing to that date.

The Honorable Analisa Torres
December 5, 2025
Page 2 of 2

Respectfully submitted,

JAY CLAYTON
United States Attorney


By: _____/s/_____

Jonathan L. Bodansky
Nicholas S. Bradley
Assistant United States Attorneys
(212) 637-2385 / -1581


cc:    Anthony Cecutti, Esq.




DENIED.

SO ORDERED.

Dated:  December 8, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge