**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

```
U.S. DISTRICT COURT
     FILED
   DEC    2025
SOUTHERN DISTRICT OF
     NEW YORK
```

Caption:

United States v.

Cholo Abdi Abdullah

Docket No.: 20 Cr. 677 (AT)

(District Court Judge)

Notice is hereby given that Cholo Abdi Abdullah appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on 12/24/25
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   | trial ☐  N/A ✓

Offense occurred after November 1, 1987?  Yes ✓   No ☐   N/A ☐

Date of sentence: 12/22/25   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ No ☐ | If yes, provide the following information:

Defendant's Counsel: ANTHONY CECUTTI

Counsel's Address: 217 BROADWAY Suite 707
NY, NY 10007

Counsel's Phone: 917-741-1837

Assistant U.S. Attorney: NICHOLAS BRADLEY

AUSA's Address: 26 Federal Plaza, 37th Fl
NY, NY 10278

AUSA's Phone: 212-637-1581

Signature