```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

                -against-

CHOLO ABDI ABDULLAH,

                                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/27/2026___

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated April 27, 2025, appellate counsel for Defendant Cholo Abdi Abdullah, Gwen M. Schoenfeld, requested the production of certain Court records and the partial unsealing of certain other Court records in connection with Abdullah's appeal proceedings. Specifically, Ms. Schoenfeld requested: (1) a copy of the Court's statement of reasons; (2) a copy of the Pre-Sentencing Investigation Report ("PSR"); and (3) the partial unsealing of three *ex parte* status conference transcripts.

Accordingly, it is ORDERED that:

1. Ms. Schoenfeld may receive a copy of the Statement of Reasons and the PSR. The Court will provide Ms. Schoenfeld with a copy of its Statement of Reasons, and she may request a copy of the PSR from Probation.
2. The Clerk of Court is respectfully directed to partially unseal the transcripts of the January 10, 2023, September 5, 2023, and March 24, 2025 *ex parte* status conferences. The transcripts shall be available to Ms. Schoenfeld such that she may receive copies of those transcripts. The transcripts shall, however, remain sealed to the public and the Government.

SO ORDERED.

Dated: April 27, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge