USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________________
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHOLO ABDI ABDULLAH,

Defendant.

20 Cr. 677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated June 18, 2026, appellate counsel for Defendant Cholo Abdi Abdullah, Gwen M. Schoenfeld, requested the production of Abdullah's CJA 23 Financial Affidavit, ECF No. 4. Ms. Schoenfeld may have access to that document for purposes of preparing Defendant's appeal.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge